# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARRISTA RECORDS LLC, SONY BMG MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., and BMG MUSIC,<br><br>      Plaintiffs,<br><br>v.<br><br>LAURIE MITCHELL,<br><br>      Defendant. | 8:05CV303<br><br>ORDER |

In response to Order [10], the parties have stipulated that the defendant shall have an extension of time until and including November 23, 2005 within which to answer or otherwise respond to the complaint.

**IT IS ORDERED** that the Stipulation [13] is granted. Defendant, Laurie Mitchell, is given until and including November 23, 2005 to serve an answer or a motion under Fed. R. Civ. P. 12(b) in response to the complaint.

**DATED** November 14, 2005.

                                              **BY THE COURT:**

                                              s/ F.A. Gossett
                                              **United States Magistrate Judge**