IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARISTA RECORDS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> LAURIE MITCHELL, ) <br> ) <br> Defendant. ) | 8:05CV303 <br><br> ORDER |

    This matter is before the court on the NOTICE OF WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL [19] filed by Attorney Kenneth P. Kula. The court construes the notice as a motion for leave to withdraw. *See* NEGenR 1.3(f). Attorney Bryan S. Hatch has entered an appearance as substitute counsel.[1]

    **IT THEREFORE IS ORDERED** that the NOTICE [19], construed as a motion for leave to withdraw, is granted. The Clerk shall terminate the appearance of Kenneth P. Kula as plaintiffs' counsel.

    **DATED February 16, 2006.**

                                           **BY THE COURT:**

                                           **s/ F.A. Gossett**
                                           **United States Magistrate Judge**

---

[1] Beneath Mr. Hatch's signature, the Notice includes the name and address of Joan K. Archer, 1201 Walnut Street, Kansas City, MO 54106. Until Ms. Archer has entered a written appearance, complied with all the requirements for admission to practice in this district, and registered for the CM/ECF System in this district, the court will not consider her to be counsel of record in this proceeding.