# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARRISTA RECORDS LLC, SONY BMG MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., and BMG MUSIC,<br><br>        Plaintiffs,<br><br>    v.<br><br>LAURIE MITCHELL,<br><br>        Defendant. | 8:05CV303<br><br>ORDER TO SHOW CAUSE |

By order entered December 8, 2005, the defendant was given until and including February 6, 2006 to answer or otherwise respond to the complaint. This third request for an extension was granted upon plaintiffs' representations that the parties were engaged in settlement negotiations and would not seek any additional extension of time within which defendant may plead in response to the complaint.

To date, the defendant has not filed any response to the complaint and the court has not received any notice of settlement. Nor have the plaintiffs sought entry of default or filed a motion for default judgment.

**IT THEREFORE IS ORDERED** that plaintiffs shall show cause why this case should not be dismissed without prejudice pursuant to NECivR 41.1 for failure to prosecute. The showing of cause shall be filed electronically on or before the close of business on **Monday, May 1, 2006.**

    **DATED April 19, 2006.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**